IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC., | CASE NO. CV F 08-0872 LJO SMS |
| Plaintiff, | **ORDER ON MOTION TO DISMISS AND POTENTIAL F.R.Civ.P. 12 MOTIONS** (Doc. 26.) |
| vs. | |
| WESTERN INVESTMENT REAL ESTATE TRUST, et. al, | |
| Defendants. | |

On August 4, 2008, defendant Prudential Real Estate Investors ("Prudential") filed its F.R.Civ.P. 12(b)(6) motion to dismiss plaintiff Team Enterprises, LLC's ("Team's") contribution claim under 42 U.S.C. § 9607(a) of the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA"). On August 6, 2008, Team filed motions to amend its complaint and to consolidate this action with *Team Enterprises, LLC. v. Century Centers, LTD., et. al*, Case No. CV F 08-1050 LJO SMS. Team's motions to amend and consolidate impact Prudential's pending motion to dismiss and judicial economy. On the basis of good cause, this Court VACATES the September 8, 2008 hearing on Prudential's motion to dismiss and DELAYS ruling on any F.R.Civ.P. 12 or related motions until Team's motions to amend and consolidate are determined. If the motion to amend is granted, Prudential's motion to dismiss will be moot but Prudential may file a renewed F.R.Civ.P. 12 motion to address the first amended complaint. If the motion to amend is denied, this Court will reset opposition and reply briefing dates.

1  This Court further ORDERS defendants to file no F.R.Civ.P. 12 or related motions until Team's
2  motion to amend and consolidate are determined.  This Court will proceed with Team's motion to
3  dismiss and strike counterclaims as currently set.
4  IT IS SO ORDERED.
5  **Dated:   August 7, 2008**                                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE