**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff
TEAM ENTERPRISES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC.,<br><br>          Plaintiff,<br><br>vs.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; WPT, INC.; PAN PACIFIC RETAIL PROPERTIES, INC. (as a corporation and as successor-in-interest to Western Investment Real Estate Trust aka Western Properties Trust and WPT, INC.); PK II CENTURY CENTER LP; KIMCO REALTY CORPORATION (as a corporation and as successor-in-interest to Pan Pacific Retail Properties, Inc.); PRUDENTIAL REAL ESTATE INVESTORS (as a corporation and as successor-in-interest to Pan Pacific Retail Properties, Inc.); JOHN A. BRANAGH (individually and as a partner of Modesto Center Investors, LP and MC II, LP); LYNETTE F. BRANAGH (individually and as a partner of Modesto Center Investors, LP and MC II, LP); GAYLON C. PATTERSON (individually and as a partner of Modesto Center Investors, LP and MC II, LP); MARLA J. PATTERSON (individually and as a partner of Modesto Center Investors, LP and MC II, LP); MODESTO CENTER INVESTORS, LP; and MC II, LP,<br><br>          Defendants.<br><br>And Related Cross-Actions. | **Case No. 1:08-cv-00872 LJO SMS**<br><br>**STIPULATION TO CONTINUE THE HEARING ON TEAM ENTERPRISES' MOTION TO DISMISS AND STRIKE; [PROPOSED] ORDER**<br><br><br>Date: September 8, 2008<br>Time: 8:30 a.m.<br>Courtroom: 4 |

---

1

STIPULATION TO CONTINUE THE HEARING ON TEAM'S MOTION TO DISMISS AND STRIKE;
[PROPOSED] ORDER- Case No. 1:08-cv-00872 LJO SMS

**IT IS HEREBY STIPULATED** by and between the undersigned parties, through their respective counsel:

That pursuant to Local Rule 78-230(g), the hearing on TEAM Enterprise's motion to dismiss the cross-claims of Pan Pacific Retail Properties, PK II Century Center LP, John A. Branagh, Lynette F. Branagh, Gaylon C. Patterson, Marla J. Patterson, Modesto Center Investors, LP, and MC II, LP's and motion to strike paragraph 12 of PK II Century Center's prayer for relief, currently set for September 8, 2008 at 8:30 a.m. in Courtroom 4, is continued to <u>Wednesday, November 12, 2008</u> at 8:30 a.m. in Courtroom 4.  The parties believe that this continuance is necessary, as the issues raised in this motion will likely be affected by the resolution of the motion to consolidate in this case, set for hearing on October 24, 2008 with Judge Snyder.

**IT IS SO STIPULATED,**

Dated: August ___, 2008                     GREBEN & ASSOCIATES

                                            _____
                                            JAN A. GREBEN
                                            JENNA L. MOTOLA
                                            Attorneys for Plaintiff TEAM Enterprises, LLC

Dated: August ___, 2008                     WACTOR & WICK LLP

                                            _____
                                            ANNA NGUYEN
                                            Attorneys for Defendant
                                            PK II CENTURY CENTER LP, KIMCO REALTY
                                            COMPANY, AND PAN PACIFIC RETAIL
                                            PROPERTIES

1  Dated: August ___, 2008                ROGERS JOSEPH O'DONNELL

2

3                                         _____
                                          ZACHERY RADFORD
                                          Attorneys for Defendants
4                                         JOHN A. BRANAGH, LYNETTE F. BRANAGH,
                                          GAYLON C. PATTERSON, MARLA J.
5                                         PATTERSON, MODESTO CENTER
                                          INVESTORS, MCII
6

7       IT IS SO ORDERED.

8  **Dated:   August 28, 2008**                  /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO CONTINUE THE HEARING ON TEAM'S MOTION TO DISMISS AND STRIKE;
[PROPOSED] ORDER- Case No. 1:08-cv-00872 LJO SMS