WILLIAM D. WICK (State Bar No. 063462)
JON K. WACTOR (State Bar No. 141566)
ANNA L. NGUYEN (State Bar. No. 226829)
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone:    (510) 465-5750
Facsimile:    (510) 465-5697

Attorneys for Defendants
PAN PACIFIC RETAIL PROPERTIES, Inc., PK II CENTURY CENTER LP,
KIMCO REALTY CORPORATION, PRUDENTIAL REAL ESTATE INVESTORS.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA - FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; WPT, INC.; PAN PACIFIC RETAIL PROPERTIES, Inc. (as a corporation and as successor-in-interest to Western Investment Real Estate Trust aka Western Properties Trust and WPT, INC.); PK II CENTURY CENTER LP; KIMCO REALTY CORPORATION (as a corporation and as successor-in-interest to Pan Pacific Retail Properties, Inc.); PRUDENTIAL REAL ESTATE INVESTORS (as a corporation and as a successor-in-interest to Pan Pacific Retail Properties, Inc.); JOHN A. BRANAGH (individually and as a partner of Modesto Center Investors, LP and MC II, LP); LYNETTE F. BRANAGH (individually and as a partner of Modesto Center Investors, LP and MC II, LP); GAYLON C. PATTERSON (individually and as a partner of Modesto Center Investors, LP and MC II, LP); MARLA J. PATTERSON (individually and as a partner of Modesto Center Investors, LP and MC II, LP); MODESTO CENTER INVESTORS, LP; and MC II, LP,<br><br>                    Defendants. | Case No.  1:08-CV-00872-LJO-SMS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO MODESTO CENTER DEFENDANTS' CROSSCLAIMS** |

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-1-
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO
MODESTO CENTER DEFENDANT CROSSCLAIMS  -- Case No. 1:08-CV-00872-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  **TO THIS COURT AND ALL ATTORNEYS OF RECORD:**

2  **IT IS HEREBY STIPULATED** by and between counsel for Defendants and Cross-

3  Complainants John A. Branagh, Lynette F. Branagh, Gaylon C. Patterson, Marla J.

4  Patterson, Modesto Center Investors LP, and MC II LP ("Modesto Center Defendants"),

5  and counsel for Defendants Pan Pacific Retail Properties, Inc., PK II Century Center LP,

6  Kimco Realty Corporation, and Prudential Real Estate Investors, as follows:

7  On July 21, 2008, the Modesto Center Defendants asserted various cross-claims

8  against Pan Pacific Retail Properties, Inc., PK II Century Center LP, Kimco Realty

9  Corporation, and Prudential Real Estate Investors.

10  On August 7, 2008, the Court issued an Order directing "defendants to file no

11  FR.Civ.P. 12 or related motions until [Plaintiff] TEAM's motion to amend and consolidate

12  are determined," which was set for hearing on September 8, 2008 (Order on Motion to

13  Dismiss and Potential F.R.Civ.P. 12 Motions, 2:1-2).

14  In light of the Court's August 7, 2008 Order, the Modesto Center Defendants and

15  Pan Pacific Retail Properties, Inc., PK II Century Center LP, Kimco Realty Corporation,

16  and Prudential Real Estate Investors agreed to a thirty (30) day extension up to and

17  including September 9, 2008 to answer or otherwise respond to the Modesto Center

18  Defendants' Crossclaims.

19  On August 20, 2008, the Court issued a Minute Order, indicating that TEAM's

20  Motion to Consolidate Cases Nos. 1:08-cv-00872-LJO-SMS & 1:08-cv-01050-LJO-SMS and

21  Motion to Amend the Complaint had been reset for hearing to October 24, 2008.

22  On August 28, 2008, the parties stipulated to a continuance of the hearing on

23  TEAM's Motion to Dismiss and Strike the crossclaims of the Modesto Center Defendants

24  and PK II Century Center LP, originally set for hearing on September 8, 2008, until

25  November 12, 2008.

26  These recent activities on motions will affect the crossclaims asserted in this case.

27  Until the motions are decided, it serves no purpose to require a response, and no parties

28  are prejudiced by an extension of time for a response.  The Modesto Center Defendants

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-2-
_____
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO
MODESTO CENTER DEFENDANT CROSSCLAIMS  -- Case No. 1:08-CV-00872-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  and Pan Pacific Retail Properties, Inc., PK II Century Center LP, Kimco Realty

2  Corporation, and Prudential Real Estate Investors believe that this extension of time is

3  necessary to promote judicial economy.  The relevant parties have agreed to a 75-day

4  extension pursuant to Local Rule 6-144(a) to answer or otherwise respond.

5       Therefore, Pan Pacific Retail Properties, Inc., PK II Century Center LP, Kimco

6  Realty Corporation, and Prudential Real Estate Investors have up to and including

7  November 21, 2008, to file responsive pleadings.

8

9  Dated:  September 4, 2008                    WACTOR & WICK LLP

10

11                                       By:  ____/s/ Anna L. Nguyen_____

12                                            WILLIAM D. WICk
                                             ANNA L. NGUYEN

13                                            Attorneys for Defendant
                                             PAN PACIFIC RETAIL PROPERTIES, Inc., PK II

14                                            CENTURY CENTER LP, KIMCO REALTY
                                             CORPORATION, PRUDENTIAL REAL ESTATE

15                                            INVESTORS.

16

17  Dated:  September 4, 2008                    ROGERS JOSEPH O'DONNELL

18

19                                       By:  ___/s/ Zachary Radford_____
                                             ROBERT C. GOODMAN

20                                            ZACHARY M. RADFORD
                                             Attorneys for Defendant and Cross-Complainants

21                                            JOHN A. BRANAGH, LYNETTE F. BRANAGH,
                                             GAYLON C. PATTERSON, MARLA J. PATTERSON,

22                                            MODESTO CENTER INVESTORS, LP, MC II LP

23

24  IT IS SO ORDERED,

25

26  DATED:   9/4/2008            ___/s/ Sandra M. Snyder_____
                                             The Honorable Sandra M. Snyder

27                                            United States Magistrate Judge

28

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-3-
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO
MODESTO CENTER DEFENDANT CROSSCLAIMS  -- Case No. 1:08-CV-00872-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com