**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738
Attorneys for Plaintiff
TEAM ENTERPRISES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC.,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; WPT, INC.; PAN PACIFIC RETAIL PROPERTIES, INC. (as a corporation and as successor-in-interest to Western Investment Real Estate Trust aka Western Properties Trust and WPT, INC.); PK II CENTURY CENTER LP; KIMCO REALTY CORPORATION (as a corporation and as successor-in-interest to Pan Pacific Retail Properties, Inc.); PRUDENTIAL REAL ESTATE INVESTORS (as a corporation and as successor-in-interest to Pan Pacific Retail Properties, Inc.); JOHN A. BRANAGH (individually and as a partner of Modesto Center Investors, LP and MC II, LP); LYNETTE F. BRANAGH (individually and as a partner of Modesto Center Investors, LP and MC II, LP); GAYLON C. PATTERSON (individually and as a partner of Modesto Center Investors, LP and MC II, LP); MARLA J. PATTERSON (individually and as a partner of Modesto Center Investors, LP and MC II, LP); MODESTO CENTER INVESTORS, LP; and MC II, LP,<br><br>Defendants.<br><br>And Related Cross-Actions. | **Case No. 1:08-cv-00872 LJO SMS**<br><br>**STIPULATION TO CONTINUE THE HEARING ON TEAM ENTERPRISES' MOTION TO DISMISS AND STRIKE; ORDER**<br><br><br>**Date: November 12, 2008**<br>**Time: 8:30 a.m.**<br>**Courtroom: 4** |

1

STIPULATION TO CONTINUE THE HEARING ON TEAM'S MOTION TO DISMISS AND STRIKE;
[PROPOSED] ORDER- Case No. 1:08-cv-00872 LJO SMS

**IT IS HEREBY STIPULATED** by and between the undersigned parties, through their respective counsel:

That pursuant to Local Rule 78-230(g), the hearing on TEAM Enterprise's motion to dismiss the cross-claims of Pan Pacific Retail Properties, PK II Century Center LP, John A. Branagh, Lynette F. Branagh, Gaylon C. Patterson, Marla J. Patterson, Modesto Center Investors, LP, and MC II, LP's and motion to strike paragraph 12 of PK II Century Center's prayer for relief, currently set for November 12, 2008 at 8:30 a.m. in Courtroom 4, is continued to <u>Wednesday, November 13, 2008</u> at 8:30 a.m. in Courtroom 4.  This continuance is necessary, as a conflict has arisen on November 12, 2008, and TEAM Enterprise's counsel is unavailable on that date.

**IT IS SO STIPULATED,**

Dated:  September 8, 2008               GREBEN & ASSOCIATES

                                                  /s/ Jenna L. Motola

                                            JAN A. GREBEN
                                            JENNA L. MOTOLA
                                            Attorneys for Plaintiff TEAM Enterprises, LLC

Dated:  September 8, 2008               WACTOR & WICK LLP

                                                  /s/ William D. Wick
                                            WILLIAM D. WICK
                                            Attorneys for Defendant
                                            PK II CENTURY CENTER LP, KIMCO REALTY
                                            COMPANY, AND PAN PACIFIC RETAIL
                                            PROPERTIES

| | |
|---|---|
| Dated: September 8, 2008 | ROGERS JOSEPH O'DONNELL |
| | /s/ Zachary Radford<br>ZACHARY RADFORD<br>Attorneys for Defendants<br>JOHN A. BRANAGH, LYNETTE F. BRANAGH, GAYLON C. PATTERSON, MARLA J. PATTERSON, MODESTO CENTER INVESTORS, MCII |

## ORDER

Based on the parties' stipulation, this Court resets the hearing to November 13, 2008 at 8:30 a.m. However, this Court rarely conducts hearings on routine law and motion matters such as this. The hearing date triggers the briefing schedule set by Local Rule 78-230. If, as likely, the Court vacates the hearing, the Court will inform the parties in advance.

IT IS SO ORDERED.

**Dated:   September 9, 2008**             /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE