IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC., <br><br>                     Plaintiff, <br><br>          vs. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST, et. al, <br><br>                     Defendants. <br> _____ / | CASE NO. CV F 08-0872 LJO SMS <br> Consolidated with Case No. CV F 08-1050 LJO SMS <br><br> **FURTHER ORDER ON F.R.Civ.P. 12 MOTIONS AND TO FILE STATUS REPORT** <br> (Docs. 12, 26.) |

On July 28, 2008, defendant Legacy Vulcan Corp. ("Vulcan") filed its F.R.Civ.P. 12 motions to dismiss plaintiff Team Enterprises, LLC's ("Team's") statutory contribution claims and to strike Team's attorney fees claims.[1] On August 4, 2008, defendant Prudential Real Estate Investors ("Prudential") filed its F.R.Civ.P. 12(b)(6) motion to dismiss Team's contribution claim under 42 U.S.C. § 9607(a) of the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA").  On August 6, 2008, Team filed motions to amend its complaint and to consolidate this action with Case No. 08-1050.  This Court's August 7, 2008 order vacated the hearings on Vulcan and Prudential's F.R.Civ.P. 12 motions and delayed rulings on the motions pending a ruling on Team's motions to amend and consolidate.

United Magistrate Judge Sandra Snyder's October 23, 2008 orders consolidated this action and

---

[1] Vulcan filed it F.R.Civ.P. 12 motions in *Team Enterprises, LLC. v. Century Centers, LTD., et. al*, Case No. CV F 08-1050 LJO SMS ("Case No. 08-1050") prior to consolidation with this Case No. CV F 08-0872 LJO SMS.

1

Case No. 08-1050 and granted Team leave to file its first amended complaint in this consolidated action to combine Team's federal and state claims. As such, Vulcan and Prudential's F.R.Civ.P. 12 motions are DENIED as moot and without prejudice as to Vulcan and Prudential to file renewed motions as to the first amended complaint.

A scheduling conference is set for December 3, 2008 at 8:30 a.m. This Court generally does not set discovery, motion and trial dates until all defending parties (defendants, counterdefendants, cross-defendants and third-party defendants) have filed answers or have had default entered against them. Although this Court abhors delay, it is unsure whether it is able practically to set dates at the December 3, 2008 conference. As such, this Court ORDERS Team, no later than November 12, 2008, to file a status report to indicate the status of service of its first amended complaint on defendants and their appearance in this action. This Court FURTHERS ORDERS the parties, no later than November 24, 2008, to file a joint scheduling report which includes all information required by Exhibit A to the June 23, 2008 order setting the scheduling conference and information regarding the status of service and appearances of all defending parties ( defendants, counterdefendants, cross-defendants, and third-party defendants).

This Court DIRECTS the clerk to term documents 26 and 30.

IT IS SO ORDERED.

**Dated:**   **October 24, 2008**            /s/ **Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE