**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738

Attorneys for Plaintiff TEAM ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST, et al., <br><br> Defendants. <br><br> And Related Cross-Actions. | **Case No. 1:08-cv-00872 LJO SMS** <br><br> **STIPULATION TO EXTEND DEFENDANTS VULCAN MATERIALS COMPANY'S AND LEGACY VULCAN CORPORATION'S MOTION TO DISMISS** <br><br> DATE: December 23, 2008 <br> TIME: 8:30 A.M. <br> COURTROOM: 4 |

Plaintiff, TEAM Enterprises, LLC ("TEAM") and Defendants Vulcan Materials Company and Legacy Vulcan Corporation ("Vulcan"), hereby stipulate to extend the hearing date regarding Vulcan's Motion to Dismiss, currently scheduled for December 23, 2008, to be heard

1

by the Court on January 7, 2009 at 8:30 a.m. in Courtroom 4. The parties will keep the current briefing schedule in place as if the hearing were set for December 23, 2008.

Dated: November 24, 2008            GREBEN & ASSOCIATES

                                    /s/ Jenna L. Motola

                                    JAN A. GREBEN
                                    JENNA L. MOTOLA
                                    Attorneys for Plaintiff
                                    TEAM ENTERPRISES, LLC

Dated: November 24, 2008            FARELLA BRAUN & MARTEL LLP

                                    /s/ James H. Colopy

                                    JAMES H. COLOPY
                                    SARAH F. PETERMAN
                                    Attorneys for Defendants
                                    LEGACY VULCAN CORPORATION and
                                    VULCAN MATERIALS COMPANY

**IT IS SO ORDERED.**

**Dated:   November 26, 2008**            **/s/ Lawrence J. O'Neill**
                                    **UNITED STATES DISTRICT JUDGE**

---

2

STIPULATION TO EXTEND DEFENDANTS VULCAN MATERIALS COMPANY'S AND LEGACY VULCAN
CORPORATION'S MOTION TO DISMISS- Case No. 1:08-cv-00872 LJO SMS