**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738

Attorneys for Plaintiff TEAM ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST, et al., <br><br> Defendants. <br><br> And Related Cross-Actions. | **Case No. 1:08-cv-00872 LJO SMS** <br><br> **STIPULATION TO EXTEND DEFENDANTS VULCAN MATERIALS COMPANY'S AND LEGACY VULCAN CORPORATION'S MOTION TO DISMISS** <br> **(NOTE TIME CHANGE OF HEARING)** <br><br> DATE: December 23, 2008 <br> TIME: 8:15 A.M. <br> COURTROOM: 4 |

Plaintiff, TEAM Enterprises, LLC ("TEAM") and Defendants Vulcan Materials Company and Legacy Vulcan Corporation ("Vulcan"), hereby stipulate to extend the hearing date regarding Vulcan's Motion to Dismiss, currently scheduled for December 23, 2008, to be heard

1

1 | by the Court on January 7, 2009 at 8:30 a.m. in Courtroom 4. The parties will keep the current

2 | briefing schedule in place as if the hearing were set for December 23, 2008.

6 | Dated: November 24, 2008                    GREBEN & ASSOCIATES

8 |                                              /s/ Jenna L. Motola

9 |                                              JAN A. GREBEN
                                                 JENNA L. MOTOLA
10|                                              Attorneys for Plaintiff
                                                 TEAM ENTERPRISES, LLC

13| Dated: November 24, 2008                    FARELLA BRAUN & MARTEL LLP

14|                                              /s/ James H. Colopy

15|                                              JAMES H. COLOPY
                                                 SARAH F. PETERMAN
16|                                              Attorneys for Defendants
                                                 LEGACY VULCAN CORPORATION and
17|                                              VULCAN MATERIALS COMPANY

20| **THE COURT WILL ACCOMMODATE THE REQUEST,** AS STIPULATED,

21| EXCEPT THAT THE HEARING WILL BE AT 8:15 A.M. DUE TO IN-PROGRESS JURY

22| TRIALS.

24| **IT IS SO ORDERED.**

25| **Dated:   December 1, 2008**                /s/ Lawrence J. O'Neill
                                                 **UNITED STATES DISTRICT JUDGE**