IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC, | CASE NO. CV F 08-0872 LJO SMS |
| Plaintiff, | **ORDER ON MOTION AND NON-OPPOSITION TO FILING THIRD AMENDED COUNTER CLAIM** (Doc. 179) **AND ORDER GRANTING LEAVE TO FILE THIRD AMENDED COUNTERCLAIM** |
| v. | |
| WESTERN INVESTMENT REAL ESTATE TRUST, et al., | |
| Defendants. / | |
| JOHN A. BRANAGH, LYNETTER F. BRANAGH, GAYLON C. PATTERSON, MARLA J. PATTERSON, MODESTO CENTER INVESTORS, LP, and MC II, LP, | |
| Counter-claimants, | |
| v. | |
| TEAM ENTERPRISES, LLC, | |
| Counter-defendant. / | |

In this environmental cost recovery action, Plaintiff and counter-defendant Team Enterprises moves to dismiss the Second Amended Counterclaim of John and Lynette Branagh, Gaylon and Marla Patterson, and Modesto Center Investors. The parties filed notice that they were working on a stipulation

1

to file an Third Amended Counterclaim.  On May 11, 2009, Team Enterprises filed a reply brief indicating that it offers no objection to the proposed Third Amended Counterclaim filed along with Counter claimants' opposition. (See Doc. 204 and Exhibit A to Doc. 204).

Accordingly, Team Enterprises' motion to dismiss the Second Amended Counterclaim is rendered MOOT.  Counter-claimants John and Lynette Branagh, Gaylon and Marla Patterson, and Modesto Center Investors are GRANTED LEAVE to file a Third Amended Counterclaim.  The hearing on this motion set for May 18, 2009 is VACATED.

IT IS SO ORDERED.

**Dated:   May 12, 2009**         /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE