1  Douglas R. Young (State Bar No. 073248)
     dyoung@fbm.com
2  James H. Colopy (State Bar No. 172806)
     jcolopy@fbm.com
3  Sarah F. Peterman (State Bar 227082)
     speterman@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Stephen C. Dillard (Admitted *Pro Hac Vice*)
     sdillard@fulbright.com
8  Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
     jwolff@fulbright.com
9  Fulbright & Jaworski LLP
   1301 McKinney, Suite 5100
10 Houston, TX 77010
   Telephone: (713) 651-5151
11 Facsimile: (713) 651-5246

12 Attorneys for Defendants
   VULCAN MATERIALS COMPANY and
13 LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 1:08-CV-00872-LJO-SMS<br><br>**STIPULATION THAT ANSWER BY LEGACY VULCAN CORP. AND VULCAN MATERIALS COMPANY TO SECOND AMENDED COMPLAINT DEEMED FILED AND RESPONSIVE TO PLAINTIFF'S THIRD AMENDED COMPLAINT; ORDER**<br><br>Complaint Filed: 6/20/08<br>Trial Date:　　None Set |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION THAT VULCAN'S ANSWER TO SAC
DEEMED RESPONSIVE TO THIRD AMENDED
COMPLAINT Case No. 1:08-CV-00872-LJO-SMS

23382\1937880.1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff TEAM Enterprises, LLC and Defendants Legacy Vulcan Corp., formerly known as Vulcan Materials Company, and Vulcan Materials Company (collectively, "Vulcan") agree that the Third Amended Complaint does not allege against Vulcan claims, allegations, or causes of action not previously alleged against Vulcan in the Second Amended Complaint.

Plaintiff and Vulcan therefore agree and stipulate that Vulcan, having already filed an Answer to the Second Amended Complaint, and not being affected by the Third Amended Complaint, need not file another answer, and that Vulcan's Answer to the Second Amended Complaint be deemed filed and responsive to the Third Amended Complaint.

**IT IS SO STIPULATED.**

Dated: May 6, 2009          FARELLA BRAUN + MARTEL LLP

By: /s/ Sarah F. Peterman
    Sarah F. Peterman

Attorneys for Defendants
VULCAN MATERIALS COMPANY and LEGACY VULCAN CORP.

Dated: May 6, 2009          GREBEN & ASSOCIATES

By: /s/ Jenna L. Motola
    Jan A. Greben
    Jenna L. Motola

Attorneys for Plaintiff
TEAM ENTERPRISES, LLC

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | |
| 3 | Dated: **May 13, 2009**   /s/ SANDRA M. SNYDER |
| 4 | THE HONORABLE SANDRA M. SNYDER<br>UNITED STATES MAGISTRATE JUDGE |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

PDF created with pdfFactory trial version www.pdffactory.com