Jan Greben, SBN 103464
Jan@grebenlaw.com
Christian Blasbichler, SBN 243799
christian@grebenlaw.com
GREBEN & ASSOCIATES
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Phone: 805-963-9090
Fax:805-963-9098

Attorneys for Plaintiff Team Enterprises, LLC and Third Party Defendants Thomas Jones, Frederick P. Jones, and Eric Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC., <br><br> Plaintiff, <br> vs. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST, et al., <br><br> Defendants. <br><br> And related cross-actions. | Case No.: 1:08-cv-00872 LJO SMS <br><br> **STIPULATION AND ORDER FOR JOINDER OF PAN PACIFIC RETAIL PROPERTIES, LLC** |

The parties stipulate to the following:

1. Pan Pacific Retail Properties, LLC ("Pan Pacific LLC") is joined as a defendant to this litigation, pursuant to Federal Rule of Civil Procedure 25(c). This joinder is based on the allegation made by defendant Pan Pacific Retail Properties, Inc. ("Pan Pacific Inc.") that Pan Pacific Inc. has merged with Pan Pacific LLC. The truth of this allegation is not admitted through this stipulation.

2. For all pleadings filed prior to the signed Order of this joinder, Pan Pacific LLC shall be deemed joined as a party wherever Pan Pacific Inc. appears as a party, and accordingly no party shall be required to amend its pleadings as a result of this joinder.

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO STIPULATED:**

2  Dated:  August 4, 2009                    GREBEN & ASSOCIATES

3

4                                                          By:  _____/s/ Christian Blasbichler_____
                                                                JAN A. GREBEN
5                                                               CHRISTIAN BLASBICHLER
                                                                Attorneys for Plaintiff Team Enterprises, LLC &
6                                                               Third-Party Defendants Thomas Jones, Frederic P.
                                                                Jones, and Eric Jones
7

8  Dated:  August 4, 2009                    ROGERS JOSEPH O'DONNELL

9

10                                                         By:  _/s/ Robert C. Goodman, Esq. *(Authorized 8/4/09)*
                                                                ROBERT C. GOODMAN
11                                                              AARON P. SILBERMAN
                                                                D. KEVIN SHIPP
12                                                              Attorneys for John A. Branagh, Lynette F.
                                                                Branagh, Gaylon C. Patterson, Marla J. Patterson,
13                                                              Modesto Center Investors, LP, and MCII, LP

14 Dated:  August __, 2009                   WACTOR & WICK LLP

15

16                                                         By:  _____Please see attached signature pages._____
                                                                WILLIAM D. WICK
17                                                              JON K. WACTOR
                                                                PETER TON
18                                                              Attorneys for Pan Pacific Retail Properties; PK II
                                                                Century Center LP; Kimco Realty Corporation
19                                                              and Prudential Real Estate Investors

20

21 Dated:  August __, 2009                   MUNGER, TOLLES & OLSON, LLP

22

23                                                         By:  _____Please see attached signature pages._____
                                                                PATRICK J. CAFFERTY, JR.
24                                                              BLANCA YOUNG
                                                                Attorneys for Legacy Vulcan Corporation and
25                                                              Vulcan Materials Company

26 / / /

27 / / /

28 / / /

2

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August __, 2009         DONGELL LAWRENCE FINNEY LLP

By:      Please see attached signature pages.
    THOMAS F. VANDENBURG
    IAN P. CULVER
    Attorneys for Multimatic Corporation, now
    known as the Kirrberg Corporation and
    Multimatic LLC

Dated: August __, 2009         DAVIDOVITZ & BENNETT

By:      Please see attached signature pages.
    MORIS DAVIDOVITZ
    CHARLES H. BOLCOM
    Attorneys for City of Modesto

Dated: August __, 2009         FILICE BROWN EASSA & MCLEOD LLP

By:      Please see attached signature pages.
    GENNARO A. FILICE, III
    RICHARD V. NORMINGTON
    Attorneys for The Dow Chemical Company

Dated: August 4, 2009         HICKS THOMAS LLP

By:   /s/ Eric Grant, Esq.   *(Authorized 8/4/09)*
    ERIC GRANT
    Attorneys for R.R. Street & Co., Inc.

**IT IS SO ORDERED**:

Dated: <u>August 21, 2009</u>         By:      /s/ Sandra M. Snyder
    THE HONORABLE SANDRA M. SNYDER
    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com