1 DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL (SBN 128083)
2 (rdongell@dlflawyers.com)
THOMAS F. VANDENBURG (SBN 163446)
3 (tvandenburg@dlflawyers.com)
IAN P. CULVER (SBN 245106)
4 (iculver@dlflawyers.com)
707 Wilshire Boulevard, 45th Floor
5 Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
6 Facsimile:   (213) 943-6101

7
Attorneys for MULTIMATIC CORPORATION,
8 now known as THE KIRRBERG CORPORATION,
MULTIMATIC LLC, and THE KIRRBERG CORPORATION,
9 formerly known as MULTIMATIC CORPORATION

10
UNITED STATES DISTRICT COURT
11
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
12

| TEAM ENTERPRISES, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST, et al.,<br><br>        Defendants.<br><br>TEAM ENTERPRISES INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>LEGACY VULCAN CORP., et al.,<br><br>        Defendants.<br><br>AND RELATED ACTIONS. | 1:08-cv-00872-LJO-SMS<br><br>Hon. Lawrence J. O'Neill<br><br>**STIPULATION BETWEEN MULTIMATIC CORPORATION, MULTIMATIC LLC, AND THE KIRRBERG CORPORATION AND PLAINTIFF REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT** |
|---|---|

1
**STIPULATION AND ORDER**

MULTIMATIC CORPORATION, now known as THE KIRRBERG CORPORATION, MULTIMATIC LLC, and THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION (collectively "Defendants"), together with Plaintiff TEAM ENTERPRISES, LLC ("Plaintiff") hereby stipulate that, as Plaintiff's Third Amended Complaint does not vary substantively from Plaintiff's Second Amended Complaint with respect to Defendants, Defendants' Answer to Plaintiff's Second Amended Complaint shall be deemed responsive to Plaintiff's Third Amended Complaint.

**IT IS SO STIPULATED.**

DATED: October 15, 2009              DONGELL LAWRENCE FINNEY LLP

                                     By: /s/ Ian P. Culver
                                         Ian P. Culver
                                     Attorneys for MULTIMATIC
                                     CORPORATION, now known as THE
                                     KIRRBERG CORPORATION,
                                     MULTIMATIC LLC, and THE KIRRBERG
                                     CORPORATION, formerly known as
                                     MULTIMATIC CORPORATION

DATED: October 15, 2009              GREBEN & ASSOCIATES

                                     By: /s/ Christian Blasbichler
                                         Christian Blasbichler
                                     Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: _October 19, 2009__           _/s/ LAWRENCE J. O'NEILL___
                                     United States District Judge