UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC.,<br><br>             Plaintiff,<br><br>vs.<br><br>WESTERN INVESTMENT REAL<br>ESTATE TRUST, et al.,<br><br>             Defendants.<br>_____/<br><br>AND RELATED ACTIONS.<br>_____/ | 1:08-cv-00872-LJO-SMS<br><br><br><br>**ORDER DENYING PAN PACIFIC<br>RETAIL PROPERTIES LLC'S MOTION<br>FOR PROTECTIVE ORDER**<br>(Doc. 252) |

     The motion of defendant, Pan Pacific Retail Properties, LLC, for a protective order to vacate plaintiff, Team Enterprises, LLC's, first amended notice of deposition of Pan Pacific, and to limit any second amended notice (Doc. 252), came on regularly for hearing on November 13, 2009 at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge.  Thereafter, during a telephonic (discovery dispute) conference held on November 24, 2009, the Court's order of November 13, 2009, (Doc. 268), was modified as follows:

//

1

IT IS HEREBY ORDERED:

1. Pan Pacific's motion for protective order and to vacate Team's first amended notice of deposition of Pan Pacific and to limit any second amended notice is DENIED.

2. Pan Pacific shall designate a person or persons most knowledgeable ("PMK"), including preparing such person(s) to answer deposition categories as referenced in Pan Pacific's motion for protective order (Doc. 252), categories 3-6, 9, 10, and 18-21, and shall produce such person(s) for deposition(s) to be completed by **January 15, 2010.**

3. Pan Pacific shall have until **December 15, 2009,** to designate and notify Plaintiff of such PMK(s) *and* shall have met, conferred, and set deposition date(s) for such witnesses, which depositions are to be *taken and concluded* before **January 15, 2010.**

4. There shall be no mediation in this case until all parties have met telephonically again with the Court at the previously set status conference on February 17, 2010, at 10:00 a.m. (Doc. 260).

IT IS SO ORDERED.

**Dated:   November 25, 2009**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

2