**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Phone: 805-963-9090
Fax: 805-963-9098

Jan Greben, SBN 103464
Jan@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Plaintiff Team Enterprises, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST, et al., <br><br> Defendants. <br><br>_____<br><br>AND RELATED ACTIONS | Case No.: 1:08-cv-00872 LJO SMS <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING AND PLEADING DEADLINES ON R.R. STREET'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF TEAM ENTERPRISES, LLC** <br><br> Current Date: July 14, 2010 <br> Proposed Date: August 11**,** 2010 <br> Time: 8:30 a.m. <br> Courtroom: 4 |

1

STIPULATION AND ORDER TO CONTINUE HEARING ON R.R. STREET'S MOTION FOR SUMMARY
JUDGMENT AS TO PLAINTIFF TEAM ENTERPRISES, LLC

Plaintiff Team Enterprises, LLC ("Opposing Party") and Defendant R.R. Street & Co. Inc. ("Moving Party"), hereby stipulate to continue the hearing of Moving Party's Motion for Summary Judgment as to Plaintiff Team Enterprises, LLC from the currently scheduled date of July 14, 2010 to **August 11, 2010** at 8:30 a.m. in Courtroom 4 of the above-named court. The deadlines for filing and service of the Opposition and the Reply Brief shall be July 21 and August 4 respectively. Good cause exists for this continuance because Team's counsel has scheduling conflicts on July 14, 2010.

Date: 6/21/10                                          GREBEN & ASSOCIATES


                                                       /s/ Danielle De Smeth
                                                       Jan Greben
                                                       Danielle De Smeth
                                                       Attorneys for Plaintiff Team Enterprises, LLC


Date: 6/21/10                                          HICKS THOMAS LLP


                                                        /s/ Paula Whitten
                                                       John B. Thomas
                                                       Brian M. Keller
                                                       Eric Grant
                                                       Paula Whitten
                                                       Attorneys for Defendant R.R. Street & Co. Inc.

### Order

This Court's practice is to consider a motion on the record without a hearing. Based on this Court's practice and the parties' stipulation, this Court:

1. VACATES the July 14, 2010 hearing on Street's summary judgment motion;
2. ORDERS opposing parties, no later than July 21, 2010, to file and serve papers to oppose Street's summary judgment motion; and
3. ORDERS Street, no later than August 4, 2010, to file and serve reply papers.

This Court will consider Street's summary judgment motion on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   June 21, 2010**                     /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE