1  RICHARD A. DONGELL (SBN 128083)
   (rdongell@dlflawyers.com)
2  THOMAS F. VANDENBURG (SBN 163446)
   (tvandenburg@dlflawyers.com)
3  IAN P. CULVER (SBN 245106)
   (iculver@dlflawyers.com)
4  DONGELL LAWRENCE FINNEY LLP
   707 Wilshire Boulevard, 45th Floor
5  Los Angeles, CA  90017-3609
   Telephone:  (213) 943-6100
6  Facsimile:   (213) 943-6101

7  Attorneys for MULTIMATIC CORPORATION, now known as THE KIRRBERG
   CORPORATION, MULTIMATIC LLC, and THE KIRRBERG CORPORATION,
8  formerly known as MULTIMATIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC, | 1:08-cv-00872-LJO-SMS |
| | Hon. Lawrence J. O'Neill |
| v. | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF VULCAN MATERIALS COMPANY AND LEGACY VULCAN CORP.'S CROSSCLAIMS AGAINST MULTIMATIC CORPORATION, MULTIMATIC LLC, AND THE KIRRBERG CORPORATION; ORDER** |
| WESTERN INVESTMENT REAL ESTATE TRUST, et al., | |
| Defendants. | |
| | [Fed. R. Civ. P. 41(a)(2); L.R. 83-143] |
| TEAM ENTERPRISES, INC., | |
| v. | |
| LEGACY VULCAN CORP., et al., | |
| Defendants. | |
| AND RELATED ACTIONS. | |

1

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL; ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, MULTIMATIC CORPORATION, now known as THE KIRRBERG CORPORATION, MULTIMATIC LLC, and THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION (collectively "Multimatic") and VULCAN MATERIALS COMPANY and LEGACY VULCAN CORP. (jointly "Vulcan") hereby stipulate and respectfully request that this Court enter an order dismissing without prejudice Vulcan's crossclaims, filed January 6, 2009 (Doc. 117) against Multimatic, in view of this Court's Order on Multimatic's Motion for Judgment on the Pleadings, filed June 11, 2010 (Doc. 296).

DATED: June 16, 2010         DONGELL LAWRENCE FINNEY LLP

                             By: __/s/ Ian P. Culver_____
                                 Ian P. Culver
                             Attorneys for MULTIMATIC
                             CORPORATION, now known as THE
                             KIRRBERG CORPORATION,
                             MULTIMATIC LLC, and THE KIRRBERG
                             CORPORATION, formerly known as
                             MULTIMATIC CORPORATION

DATED: June 16, 2010         MUNGER TOLLES & OLSON LLP

                             By: _____/s/ Patrick Cafferty_____
                                 Patrick Cafferty
                                 Blanca Young
                             Attorneys for VULCAN MATERIALS
                             COMPANY and LEGACY VULCAN
                             CORP.

**IT IS SO ORDERED.**

Dated:  June 21, 2010              /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE

2

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL; ORDER**