**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Phone: 805-963-9090
Fax: 805-963-9098

Jan Greben, SBN 103464
Jan@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Plaintiff Team Enterprises, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST, et al., <br><br> Defendants. <br><br> AND RELATED ACTIONS | Case No.: 1:08-cv-00872 LJO SMS <br><br> **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TEAM ENTERPRISES, LLC'S THIRD AMENDED COMPLAINT AGAINST VULCAN MATERIALS COMPANY AND LEGACY VULCAN CORP.; ORDER** <br><br> [Fed. R. Civ. P. 41(a)(2); L.R. 83-143] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 83-143, TEAM ENTERPRISES, LLC ("Team") and VULCAN MATERIALS COMPANY and LEGACY VULCAN CORP. (jointly "Vulcan") hereby stipulate and respectfully request that this Court enter an order dismissing without prejudice Team's Third Amended Complaint filed May 5, 2009 (Doc. 211) against Vulcan.  Each party to pay its own costs.


Date: 7/19/10                             GREBEN & ASSOCIATES


   /s/Danielle De Smeth
Jan Greben
Danielle De Smeth
Attorneys for Plaintiff Team Enterprises, LLC


Date: 7/19/10                             MUNGER TOLLES & OLSON LLP


   /s/Blanca Young
Patrick Cafferty
Blanca Young
Attorneys for Defendant Vulcan Materials
Company and Legacy Vulcan Corp.

**ORDER**

Based on the parties' stipulation, this Court DISMISSES without prejudice Team's Third Amended Complaint against Vulcan and VACATES the August 3, 2010 hearing on Vulcan's motion for judgment on pleadings.  This order terms doc. 307.  This action shall remain open.

IT IS SO ORDERED.

**Dated:   July 20, 2010**                         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR VOLUNTARY DISMISAL WITHOUT PREJUDICE OF TEAM ENTERPRISES, LLC'S THIRD AMENDED COMPLAINT AGAINST VULCAN MATERIALS COMPANY AND LEGACY VULCAN CORP.; ORDER