**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Phone: 805-963-9090
Fax: 805-963-9098

Jan Greben, SBN 103464
Jan@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Plaintiff Team Enterprises, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| TEAM ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST, et al.,<br><br>    Defendants.<br><br>AND RELATED ACTIONS | Case No.: 1:08-cv-00872 LJO SMS<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TEAM ENTERPRISES, LLC'S THIRD AMENDED COMPLAINT AGAINST THE DOW CHEMICAL COMPANY; ORDER**<br><br>[Fed. R. Civ. P. 41(a)(2); L.R. 83-143] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 83-143, TEAM ENTERPRISES, LLC ("Team") and THE DOW CHEMICAL COMPANY ("Dow") hereby stipulate and respectfully request that this Court enter an order dismissing without prejudice Team's Third Amended Complaint filed May 5, 2009 (Doc. 211) against Dow. Each party to pay its own costs.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1  Date: 7/20/10                                    GREBEN & ASSOCIATES

2
                                                     /s/Danielle De Smeth
3                                                    Jan Greben
                                                     Danielle De Smeth
4                                                    Attorneys for Plaintiff Team Enterprises, LLC

5

6  Date: 7/20/10                                    FILICE BROWN EASSA & MCLEOD LLP

7
                                                     /s/Richard Normington
8                                                    Gennaro A. Filice III
                                                     Richard V. Normington
9                                                    Attorneys for Defendant
                                                     The Dow Chemical Company
10

11 **IT IS SO ORDERED.**

12 **Dated:   July 21, 2010                              /s/ Lawrence J. O'Neill**
                                                         **UNITED STATES DISTRICT JUDGE**
13

2

JOINT STIPULATION FOR VOLUNTARY DISMISAL WITHOUT PREJUDICE OF TEAM ENTERPRISES,
LLC'S THIRD AMENDED COMPLAINT AGAINST THE DOW CHEMICAL COMPANY; ORDER