Patrick J. Cafferty (State Bar No.103417)
    Patrick.Cafferty@mto.com
Blanca F. Young (State Bar No. 217533)
    Blanca.Young@mto.com
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

Stephen C. Dillard (Admitted *Pro Hac Vice*)
    sdillard@fulbright.com
Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
    jwolff@fulbright.com
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Attorneys for Defendant and Cross-Plaintiff
LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No. 1:08-CV-00872-LJO-SMS <br><br> **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PK II's CROSS CLAIMS AGAINST LEGACY VULCAN CORP.; ORDER** <br><br> [Fed. R. Civ. Proc. 41(a)(2); LR 83-143] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, VULCAN MATERIALS COMPANY and LEGACY VULCAN CORP. (jointly "Vulcan") and PK II CENTURY CENTER LP, PAN PACIFIC RETAIL PROPERTIES, LLC, PAN PACIFIC RETAIL PROPERTIES, INC., KIMCO REALTY COMPANY, AND PRUDENTIAL REAL ESTATE INVESTORS (collectively, "PK II") hereby stipulate and respectfully request that this Court enter an order (1) dismissing without prejudice PK II's cross claims against Vulcan filed January 28, 2009 (Docs. 123, 124, 125, and 126); and (2) dismissing without prejudice Vulcan's cross claims against PK II filed January 6, 2009 (Doc. 117).  Each party to bear its own costs.

DATED:  August 2, 2010             MUNGER TOLLES & OLSON LLP

                                                              */s/ Blanca Young*
                                                           Patrick Cafferty
                                                           Blanca Young
                                                           Attorneys for VULCAN MATERIALS COMPANY and LEGACY VULCAN CORP

DATED:                             GREENBERG TAURIG, LLP

                                                           */s/Kathleen E. Finnerty*
                                                           Kathleen Finnerty
                                                           Attorneys for PK II CENTURY CENTER LP, PAN PACIFIC RETAIL PROPERTIES, LLC, PAN PACIFIC RETAIL PROPERTIES, INC., KIMCO REALTY COMPANY, and PRUDENTIAL REAL ESTATE INVESTORS

**IT IS SO ORDERED.**

DATED:  August 5, 2010             */s/ Lawrence J. O'Neill*
                                                           UNITED STATES DISTRICT JUDGE