Patrick J. Cafferty (State Bar No.103417)
  Patrick.Cafferty@mto.com
Blanca F. Young (State Bar No. 217533)
  Blanca.Young@mto.com
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

Stephen C. Dillard (Admitted *Pro Hac Vice*)
  sdillard@fulbright.com
Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
  jwolff@fulbright.com
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Attorneys for Defendant and Cross-Plaintiff
LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; et al.,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 1:08-CV-00872-LJO-SMS<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE MODESTO CENTER INVESTORS' CROSS CLAIMS AGAINST LEGACY VULCAN CORP.; ORDER**<br><br>[Fed. R. Civ. Proc. 41(a)(2); LR 83-143] |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, VULCAN

2  MATERIALS COMPANY and LEGACY VULCAN CORP. (jointly "Vulcan") and JOHN and

3  LYNETTE BRANAGH, GAYLON and MARLA PATTERSON, MODESTO CENTER

4  INVESTORS, LP and MCII, LP (collectively, "Modesto Center Investors") hereby stipulate and

5  respectfully request that this Court enter an order (1) dismissing without prejudice the Modesto

6  Center Investors' cross claims against Vulcan filed March 30, 2009 (Doc. 153); and (2)

7  dismissing without prejudice Vulcan's cross claims against the Modest Center Investors filed

8  January 6, 2009 (Doc. 117).  Each party to pay its own costs.

9  DATED:  August 2, 2010                    MUNGER TOLLES & OLSON LLP

10                                             /s/ Blanca Young
                                              Patrick Cafferty
11                                            Blanca Young
                                              Attorneys for VULCAN MATERIALS COMPANY
12                                            and LEGACY VULCAN CORP

13

14  DATED: August 2, 2010                    ROGERS JOSEPH O'DONNELL

                                              /s/ Robert Goodman
15                                            Robert C. Goodman
                                              Attorneys for JOHN and LYNETTE BRANAGH,
16                                            GAYLON and MARLA PATTERSON, MODESTO
                                              CENTER INVESTORS, LP and MCII, LP
17

18

19

20  **IT IS SO ORDERED.**

21  DATED:  August 5, 2010            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

JOINT STIPULATION FOR VOLUNTARY
DISMISSAL                                   2
Case No. 1:08-CV-00872-LJO-SMS