1  Eric Grant (Bar No. 151064)
   grant@hicks-thomas.com
2  Hicks Thomas LLP
   8001 Folsom Boulevard, Suite 100
3  Sacramento, California 95826
   Telephone:  (916) 388-0833
4  Facsimile:   (916) 691-3261

5  John B. Thomas (Bar No. 269538)
   jthomas@hicks-thomas.com
6  Brian M. Keller (*pro hac vice*)
   bkeller@hicks-thomas.com
7  Paula Whitten (Bar No. 255811)
   pwhitten@hicks-thomas.com
8  Hicks Thomas LLP
   700 Louisiana Street, Suite 2000
9  Houston, Texas 77002
   Telephone:  (713) 547-9100
10 Facsimile:   (713) 547-9150

11 Counsel for Defendant
   R.R. STREET & CO. INC.

12

13            UNITED STATES DISTRICT COURT

14    EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

15

16 TEAM ENTERPRISES, LLC,            ) No. 1:08-cv-00872-LJO-SMS
                                     )
17         Plaintiff,                )
                                     )
18     v.                            ) **JOINT REQUEST FOR VOLUNTARY**
                                     ) **DISMISSAL WITHOUT PREJUDICE OF**
                                     ) **THE MODESTO CENTER INVESTORS'**
19 WESTERN INVESTMENT REAL          ) **CROSS-CLAIMS AGAINST DEFENDANT**
   ESTATE TRUST, aka WESTERN        ) **R.R. STREET & CO. INC.**
20 PROPERTIES TRUST; et al.,         ) **[Fed. R. Civ. P. 41(a)(2), (c); L.R. 143]**
                                     )
21         Defendants,               )
                                     )
22                                   )
   AND ALL RELATED CROSS-CLAIMS      )
23 AND THIRD-PARTY CLAIMS.           )
   _____ )

24

25         Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 143, Defend-

26 ant R.R. STREET & CO. INC. ("Street") and JOHN and LYNETTE BRANAGH, GAYLON and

27 MARLA PATTERSON, MODESTO CENTER INVESTORS, LP, and MCII, LP (collectively,

28 "Modesto Center Investors") hereby stipulate and respectfully request that this Court enter an

Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

order dismissing without prejudice the Modesto Center Investors' cross-claims against Street filed

March 30, 2009 (Doc. 158); provided, however, that Modesto Center Investors reserves its right

to seek leave of court to assert cross-claims against Street in the event Street becomes a party to

this action in the future; provided further, that Street reserves its right to oppose such leave.  Each

party to pay its own costs.

Dated:  August 16, 2010.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Brian M. Keller
Paula Whitten
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

ROGERS JOSEPH O'DONNELL

/s/ Robert Goodman
(as authorized on this date)
Robert C. Goodman
Attorneys for JOHN and LYNETTE
BRANAGH, GAYLON and MARLA
PATTERSON, MODESTO CENTER
INVESTORS, LP, and MCII, LP

**IT IS SO ORDERED.**

Dated:  August  17, 2010.

/s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
United States District Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

{00137682.DOC}

2