RICHARD A. DONGELL (SBN 128083)
(rdongell@dlflawyers.com)
THOMAS F. VANDENBURG (SBN 163446)
(tvandenburg@dlflawyers.com)
IAN P. CULVER (SBN 245106)
(iculver@dlflawyers.com)
DONGELL LAWRENCE FINNEY LLP
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for MULTIMATIC CORPORATION, now known as THE KIRRBERG CORPORATION, MULTIMATIC LLC, and THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC,<br><br>        v.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST, et al.,<br><br>        Defendants. | 1:08-cv-00872-LJO-SMS<br><br>Hon. Lawrence J. O'Neill<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL; ORDER**<br><br>[Fed. R. Civ. P. 41(a)(2); L.R. 83-143] |
| TEAM ENTERPRISES, INC.,<br><br>        v.<br><br>LEGACY VULCAN CORP., et al.,<br><br>        Defendants. | |
| AND RELATED ACTIONS. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, MULTIMATIC CORPORATION, now known as THE

KIRRBERG CORPORATION, MULTIMATIC LLC, and THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION (collectively "Multimatic"), PAN PACIFIC RETAIL PROPERTIES, INC., KIMCO RETAIL CORPORATION, PK II CENTURY CENTER LP, and PRUDENTIAL REAL ESTATE INVESTORS (collectively "PKII"), and JOHN A. BRANAGH, LYNETTE F. BRANAGH, GAYLON C. PATTERSON, MARLA J. PATTERSON, MODESTO CENTER INVESTORS, L.P., and MCII, L.P. (collectively "Modesto Center Investors"), hereby stipulate and respectfully request that this Court enter an order dismissing without prejudice, PKII's crossclaims against Multimatic, filed March 13, 2009 (Doc. 144) and Modesto Center Investors' crossclaims against Multimatic, filed March 30, 2009 (Doc. 158), in view of this Court's Order on Multimatic's Motion for Judgment on the Pleadings, filed June 11, 2010 (Doc. 296).

   Further, Multimatic, PKII, and Modesto Center Investors stipulate and respectfully request that this Court enter an order dismissing without prejudice Multimatic's crossclaims against PKII and Modesto Center Investors filed March 13, 2009 (Doc. 139).

   Each party to pay its own costs.

DATED:  August 18, 2010   DONGELL LAWRENCE FINNEY LLP

            By:  */s/ Ian P. Culver*
              Ian P. Culver
            Attorneys for MULTIMATIC CORPORATION, now known as THE KIRRBERG CORPORATION, MULTIMATIC LLC, and THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION

DATED:  August 18, 2010   ROGERS JOSEPH O'DONNELL

By: _/s/ Robert C. Goodman_____
Robert C. Goodman
Attorneys for JOHN A. BRANAGH, LYNETTE F. BRANAGH, GAYLON C. PATTERSON, MARLA J. PATTERSON, MODESTO CENTER INVESTORS, L.P., and MCII, L.P.

DATED:  August 18, 2010              GREENBURG TRAURIG, LLP


By: _/s/ Kathleen E. Finnerty_____
Kathleen E. Finnerty
Attorneys for PAN PACIFIC RETAIL PROPERTIES, INC., KIMCO RETAIL CORPORATION, PK II CENTURY CENTER LP, and PRUDENTIAL REAL ESTATE INVESTORS

**IT IS SO ORDERED.**

DATED: _August 19, 2010              /s/ Lawrence J. O'Neill_____
United States District Judge

1414-020/53900

3
**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**