Patrick J. Cafferty (State Bar No.103417)
  Patrick.Cafferty@mto.com
Blanca F. Young (State Bar No. 217533)
  Blanca.Young@mto.com
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

Stephen C. Dillard (Admitted *Pro Hac Vice*)
  sdillard@fulbright.com
Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
  jwolff@fulbright.com
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Attorneys for Defendant and Cross-Plaintiff
LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; et al.,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 1:08-CV-00872-LJO-SMS<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE LEGACY VULCAN CORP. THIRD-PARTY CLAIMS AGAINST THE CITY OF MODESTO; ORDER**<br><br>[Fed. R. Civ. Proc. 41(a)(2); LR 83-143] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, VULCAN MATERIALS COMPANY and LEGACY VULCAN CORP. (jointly "Vulcan") and THE CITY OF MODESTO hereby stipulate and respectfully request that this Court enter an order dismissing without prejudice the Vulcan third party claims against the City of Modesto filed on December 18, 2008 (Doc. 110).  Each party to pay its own costs.

DATED:  August 27, 2010　　　　　　　　MUNGER TOLLES & OLSON LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Blanca Young_____
　　　　　　　　　　　　　　　　　　　　　　　　Patrick Cafferty
　　　　　　　　　　　　　　　　　　　　　　　　Blanca Young
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for VULCAN MATERIALS COMPANY
　　　　　　　　　　　　　　　　　　　　　　　　and LEGACY VULCAN CORP

DATED: August 27, 2010　　　　　　　　　DAVIDOVITZ AND BENNETT LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Moris Davidovitz_____
　　　　　　　　　　　　　　　　　　　　　　　　Moris Davidovitz
　　　　　　　　　　　　　　　　　　　　　　　　Charles Bolcom
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for CITY OF MODESTO

**IT IS SO ORDERED.**

DATED:  _August 30, 2010_　　　　　/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

11534857.1

JOINT STIPULATION FOR VOLUNTARY
DISMISSAL                                                                    2
Case No. 1:08-CV-00872-LJO-SMS