Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Paula Whitten (Bar No. 255811)
pwhitten@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN INVESTMENT REAL ESTATE TRUST, aka WESTERN PROPERTIES TRUST; et al., <br><br> Defendants, <br><br> AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 1:08-cv-00872-LJO-SMS <br><br> **JOINT REQUEST FOR CONTINUANCE OF HEARING ON PK DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER WITH CROSS-CLAIMS AGAINST STREET [L.R. 230(f)]; ORDER** <br><br> Hearing Date: September 17, 2010 <br> Time: 9:30 a.m. <br> Courtroom: 7 <br> Judge: Hon. Sandra M. Snyder |

Pursuant to Local Rule 230(f), Defendant R.R. Street & Co. Inc. ("Street") and Defendants, Cross-Complainants, and Third-Party Plaintiffs PK II Century Center LP; Pan Pacific Retail Properties, LLC as Successor-in-Interest to Pan Pacific Retail Properties, Inc.; Kimco Realty Company; and Prudential Real Estate Investors (collectively, the PK Defendants") respectfully request

PDF created with pdfFactory trial version www.pdffactory.com

a continuance of the hearing on the PK Defendants' pending motion for leave to file an amended answer with cross-claims against Street. In support of this request, Street and the PK Defendants would show the following:

1. The PK Defendants filed their motion for leave on August 9, 2010 and set the motion for hearing before Judge O'Neill on September 8, 2010 (Doc. 333).

2. On August 10, 2010, Judge O'Neill sua sponte assigned the matter to this Court and reset that hearing for September 17, 2010, at 9:30 a.m. (Doc. 334).

3. Street and the PK Defendants believe in good faith that they can resolve this matter without the necessity of a ruling by the Court, if given sufficient time to do so.

Therefore, Street and the PK Defendants respectfully request that the hearing on the PK Defendants' motion for leave be continued to Friday, September 24, 2010, at 9:30 a.m., or some later date that is convenient for the Court.

Dated: September 2, 2010.

    Respectfully submitted,

    /s/ Eric Grant
    Eric Grant
    John B. Thomas
    Paula Whitten
    Hicks Thomas LLP

    Counsel for Defendant
    R.R. STREET & CO. INC.

    GREENBERG TRAURIG, LLP

    By: /s/ Kathleen E. Finnerty
       (as authorized on this date)
    KATHLEEN E. FINNERTY
    ANGELA L. DIESCH
    Attorneys for Defendants,
    PK II CENTURY CENTER LP;
    PAN PACIFIC RETAIL PROPERTIES,
    LLC AS SUCCESSOR-IN-INTEREST
    TO PAN PACIFIC RETAIL
    PROPERTIES, INC.; KIMCO REALTY
    COMPANY; AND PRUDENTIAL REAL
    ESTATE INVESTORS

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

PDF created with pdfFactory trial version www.pdffactory.com

The hearing on the PK Defendants' motion for leave to file an amended answer including cross-claims against Street is hereby continued to **<u>Thursday, September 23, 2010, at 9:30 a.m. before Judge Snyder in Courtroom #7</u>** (suggested date was Friday, September 24, 2010, at 9:30 a.m.).

IT IS SO ORDERED.

Dated:   September 2, 2010             /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

PDF created with pdfFactory trial version www.pdffactory.com