Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Paula Whitten (Bar No. 255811)
pwhitten@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST, aka WESTERN PROPERTIES TRUST; et al.,<br><br>　　　　　Defendants,<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 1:08-cv-00872-LJO-SMS<br><br>**JOINT REQUEST FOR WITHDRAWAL WITHOUT PREJUDICE OF PK DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER WITH CROSS-CLAIMS AGAINST STREET [L.R. 144(a)];   ORDER**<br><br>Hearing Date: September 23, 2010<br>Time:　　　　9:30 a.m.<br>Courtroom:　7<br>Judge:　　　Hon. Sandra M. Snyder |

　　　　Pursuant to Local Rule 144(a), Defendant R.R. Street & Co. Inc. ("Street") and Defendants, Cross-Complainants, and Third-Party Plaintiffs PK II Century Center LP; Pan Pacific Retail Properties, LLC as Successor-in-Interest to Pan Pacific Retail Properties, Inc.; Kimco Realty Company; and Prudential Real Estate Investors

{00138123.DOC}　　　　　　　　　　　　　1
Joint Request for Withdrawal of PK Defendants' Motion for Leave to File an Amended Answer

PDF created with pdfFactory trial version www.pdffactory.com

(collectively, "PK Defendants") respectfully request that the PK Defendants' pending motion for leave to file an amended answer with cross-claims against Street (Doc. 333, filed Aug. 9, 2010) be withdrawn without prejudice and that the hearing on such motion be vacated.

Dated: September 9, 2010.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Paula Whitten
Hicks Thomas LLP

Counsel for Defendant
R.R. STREET & CO. INC.

GREENBERG TRAURIG, LLP

By: /s/ Kathleen E. Finnerty
(as authorized on this date)
KATHLEEN E. FINNERTY
ANGELA L. DIESCH
Attorneys for Defendants,
PK II CENTURY CENTER LP;
PAN PACIFIC RETAIL PROPERTIES, LLC AS SUCCESSOR-IN-INTEREST TO PAN PACIFIC RETAIL PROPERTIES, INC.; KIMCO REALTY COMPANY; AND PRUDENTIAL REAL ESTATE INVESTORS

**IT IS SO ORDERED**.

Dated: September 9, 2010.      /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

{00138123.DOC}   2