1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC, | 1:08-cv-00872-LJO-SMS |
| v. | Hon. Lawrence J. O'Neill |
| WESTERN INVESTMENT REAL ESTATE TRUST, et al., | **AMENDED JUDGMENT FOR MULTIMATIC CORPORATION, MULTIMATIC LLC, AND THE KIRRBERG CORPORATION** |
| Defendants. | |
| TEAM ENTERPRISES, INC., | |
| v. | |
| LEGACY VULCAN CORP., et al., | |
| Defendants. | |
| AND RELATED ACTIONS. | |

On June 11, 2010, having made the Order on Multimatic's Motion for Judgment on the Pleadings (Docket No. 296) on the papers, this Court hereby enters judgment in accordance with said Order in favor of Multimatic Corporation, Multimatic LLC, and The

AMENDED JUDGMENT FOR MULTIMATIC CORPORATION,
MULTIMATIC LLC, AND THE KIRRBERG CORPORATION

1

2

3   Kirrberg Corporation, and against Team Enterprises, LLC.  Team Enterprises, LLC shall take

4   nothing and Multimatic Corporation, Multimatic LLC, and The Kirrberg Corporation shall have

5   their costs of $1,334.46, as allowed by the Clerk of Court (Docket No. 315) on July 20, 2010.

6           IT IS SO ORDERED.

7

8       **Dated:   August 23, 2011 /s/ Lawrence J. O'Neill**

9                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

**AMENDED JUDGMENT FOR MULTIMATIC CORPORATION,
MULTIMATIC LLC, AND THE KIRRBERG CORPORATION**