```
ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (SBN 111554)
AARON P. SILBERMAN (SBN 161021)
D. KEVIN SHIPP (SBN 245947)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendants,
Counterclaimants, and Cross-
Complainants JOHN A. BRANAGH,
LYNETTE F. BRANAGH, GAYLON
C. PATTERSON, MARLA J.
PATTERSON, MODESTO CENTER
INVESTORS, LP, AND MCII, LP
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TEAM ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN INVESTMENT REAL ESTATE TRUST aka WESTERN PROPERTIES TRUST; et al.<br>a<br><br>    Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | Case No. 1:08-cv-00872-LJO-SMS<br><br>**JOINT REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF SETTLING PARTIES' CLAIMS.**<br>[Fed. R. Civ. P. 41(a)(2), (c); L.R. 143] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 143, Plaintiff Team Enterprises, LLC and Third-Party Defendants Team Enterprises, Inc., Thomas Jones, Frederic Jones, and Eric Jones (collectively "TEAM") together with the Defendants Modesto Center Investors, LP, MC II, LP, John A. Branagh, Lynette F. Branagh, Gaylon C. Patterson, and Marla J. Patterson (collectively "MCI") and Defendants PK II Century Center LP, Kimco Realty Company, Pan Pacific Retail Properties, LLC, Pan Pacific

Retail Properties, Inc., and Prudential Real Estate Investors (hereinafter collectively "PK II") (TEAM, MCI, and PK II collectively referred to herein as the "Settling Parties") hereby stipulate and respectfully request that this Court enter an order dismissing with prejudice the Settling Parties' claims against one another subsequent to the Court issuing an order determining that the settlement reached between the Settling Parties: 1) is entered into in good faith pursuant to Cal. Civ. Proc. Code §§ 877 and 877.6; 2) satisfies the requirements for a contribution bar, regardless of when or by whom such claims are asserted, pursuant to 42 U.S.C. § 9613(1) and §113(1)(2) of CERCLA, including claims for litigation costs and attorneys' fees by all Non-Settling Parties; and 3) is encompassed by a Settlement Agreement that constitutes a judicially approved settlement for purposes of § 113(1)(2) of CERCLA, 42 U.S.C. § 9613(1)(2) and bars claims under any other federal or state statute or common law. The Settling Parties' operable claims are contained in the following documents:

MCI's Second Amended Crossclaim and Second Amended Counterclaim, Doc. 158;

MCI's Third Amended Counterclaim, Doc. 217;

Team's Third Amended Complaint, Doc. 211;

PK II's First Amended Third-Party Complaint, Doc. 233;

PK II's Counterclaims and Crossclaims, Docs. 83, 84, 87, 89;

Stipulated Order Joining Pan Pacific Retail Properties, LLC, Doc. 251.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

Each party to pay its own costs.  The Court shall retain jurisdiction over enforcement of the settlement agreement.

Respectfully submitted,

Dated:  November 4, 2011

ROGERS JOSEPH O'DONNELL

By: _____/s/ Robert C. Goodman_____
    (as authorized on this date)
    ROBERT C. GOODMAN

Attorneys for JOHN and LYNETTE BRANAGH, GAYLON PATTERSON and MARLA PATTERSON, MODESTO CENTER INVESTORS, LP, and MCII, LP

Dated:  November 4, 2011

GREBEN & ASSOCIATES

By: _____/s/ Jan A. Greben_____
    JAN A. GREBEN

Attorneys for Plaintiff Team Enterprises, LLC Third-Party Defendants Team Enterprises Inc., Thomas Jones, Frederic P. Jones, and Eric Jones

Dated: November 4, 2011

GREENBERG TRAURIG, LLP

By: _____/s/ Rita M. Powers_____
    RITA M. ALLISS POWERS
    Attorneys for Pan Pacific Retail Properties, Inc., Pan Pacific Retail Properties, LLC; PK II Century

1 Center LP; Kimco Realty Corporation and
2 Prudential Real Estate Investors

3   IT IS SO ORDERED.

4

5   Dated:   **December 28, 2011**         /s/ Lawrence J. O'Neill

6                           UNITED STATES DISTRICT JUDGE