IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC, | CASE NO. CV F 08-0872 LJO SMS |
| Plaintiff, | **ORDER REGARDING COURT'S INTENT TO DISMISS REMAINING CLAIMS** (Doc. 388.) |
| vs. | |
| WESTERN INVESTMENT REAL ESTATE TRUST, et al., | |
| Defendants. / | |
| AND RELATED ACTIONS. / | |

The main remaining parties appear to have resolved their respective claims. Nonetheless, the docket indicates that cross-claims, counterclaims and/or third-party claims may remain unresolved. As such, this Court intends to dismiss all pending claims no later than January 17, 2012 unless papers are filed to identify the pending claims, plans to prosecute such claims, and good cause for not dismissing them.

IT IS SO ORDERED.

**Dated:   December 28, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1