# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ENTERPRISES, LLC, | CASE NO. CV F 08-0872 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS REMAINING CLAIMS** (Doc. 388.) |
| vs. | |
| WESTERN INVESTMENT REAL ESTATE TRUST, et al., | |
| Defendants. / | |
| AND RELATED ACTIONS. / | |

This Court's December 28, 2011 order notified the parties of this Court's intent to dismiss all pending claims no later than January 17, 2012, unless objections are filed to identify the pending claims and plans to prosecute such claims. No objections were filed to respond to the order. As such, this Court DISMISSES without prejudice all pending claims, if any, and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 19, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE