1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TEAM ENTERPRISES, LLC,                    CASE NO. CV F 08-0872 LJO SMS

12                    Plaintiff,              **ORDER TO DISMISS REMAINING CLAIMS**
              vs.                             (Doc. 388.)

13
     WESTERN INVESTMENT
14   REAL ESTATE TRUST, et al.,

15                    Defendants.
     _____/

16

17   AND RELATED ACTIONS.

18   _____/

19          This Court's December 28, 2011 order notified the parties of this Court's intent to dismiss all

20   pending claims no later than January 17, 2012, unless objections are filed to identify the pending claims

21   and plans to prosecute such claims.  No objections were filed to respond to the order.  As such, this

22   Court DISMISSES without prejudice all pending claims, if any, and DIRECTS the clerk to close this

23   action.

24          IT IS SO ORDERED.

25   **Dated:    January 19, 2012**          _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE
26

27

28

                                             1